In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Certain Lands in the Borough of Manhattan.

PETER D. STRAUCH, Appellant; CITY OF NEW YORK et al., Respondents.

*Matter of City of New York,* 90 App. Div. 606, affirmed.
(Argued November 14, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1904, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in proceedings to acquire title to certain lands required for the improvement of the water front in the city of New York.

*Henry B. Twombly* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Charles D. Olendorf*), for City of New York, respondent.

*Charles A. Peabody* for William Waldorf Astor, respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.